

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| VICTOR ALVAREZ, | § | No. 08-23-00129-CR |
| Appellant, | § | Appeal from the |
| v. | § | 81st/218th District Court |
| THE STATE OF TEXAS, | § | of Wilson County, Texas |
| Appellee. | § | TC# 11-07-00090-CRW |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF JUNE 2024.


GINA M. PALAFOX, Chief Justice

Before Alley, C.J., Palafox and Soto, JJ.